1    BLAKE RUSSUM (SBN 258031)
     NORMAN LAU (SBN 253690)
2    MONA AGHAZADEH-SANAEI (SBN 288354)
     ROPERS MAJESKI PC
3    535 Middlefield Road, Suite 245
     Menlo Park, CA  94025
4    Telephone:     650.364.8200
     Facsimile:     650.780.1701
5    Email:         blake.russum@ropers.com
                    norman.lau@ropers.com
6                   mona.sanaei@ropers.com

7    Attorneys for Defendant
     WEST AMERICAN INSURANCE COMPANY
8
     ALLEN MATKINS LECK GAMBLE
9       MALLORY & NATSIS LLP
     MICHAEL J. BETZ (BAR NO. 196228)
10   KIMBERLY F. MACEY (BAR NO. 342019)
     Three Embarcadero Center, 12th Floor
11   San Francisco, California  94111-4074
     Phone:  (415) 837-1515
12   Fax:  (415) 837-1516
     E-Mail:  mbetz@allenmatkins.com
13            kmacey@allenmatkins.com

14   Attorneys for Plaintiff
     PARKER PROPERTIES, LP

15

16                   UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19   PARKER PROPERTIES, LP,                    Case No. 3:23-cv-06008-MMC

20              Plaintiff,                      **STIPULATION FOR DISMISSAL OF
                                               ACTION WITH PREJUDICE**
21         v.
                                               AND ORDER THEREON
22   WEST AMERICAN INSURANCE
     COMPANY and DOES 1 to 10, inclusive,
23
                Defendant.
24

25

26         TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

27         IT IS HEREBY STIPULATED, by and between Plaintiff Parker Properties, LP

28   ("Plaintiff") and Defendant West American Insurance Company ("West American"), by and

ROPERS
MAJESKI

A Professional Corporation
Menlo Park

1   through their respective attorneys of record, that the above-captioned action shall be, and hereby

2   is, dismissed, with prejudice, as to all parties and claims, pursuant to Federal Rule of Civil

3   Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

4           All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

5   concur with the Stipulation's content and have authorized its filing.

6

7   Dated: August 5, 2024                         ROPERS MAJESKI PC

8

9                                                 By:  _/s/ Norman Lau_____
                                                      BLAKE RUSSUM
10                                                    NORMAN LAU
                                                      MONA AGHAZADEH-SANAEI
11                                                    Attorneys for Defendant
                                                      WEST AMERICAN INSURANCE
12                                                    COMPANY

13  Dated: August 5, 2024                         ALLEN MATKINS LECK GAMBLE
                                                  MALLORY & NATSIS LLP
14

15                                                By:  _/s/ Michael J. Betz_____
                                                      MICHAEL J. BETZ, ESQ.
16                                                    Attorneys for Plaintiff PARKER
                                                      PROPERTIES, LP
17

18

19                              **[~~PROPOSED~~] ORDER**

20          The Court, having considered the Stipulation of Dismissal Pursuant to Federal Rules of

21  Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and

    ORDERS as follows:
22
            1.      This action is dismissed in its entirety with prejudice; and
23
            2.      All parties shall bear their own attorneys' fees and costs.
24
            **IT IS SO ORDERED.**
25

26  Dated:  August 6, 2024

27                                                _____
                                                  HONORABLE MAXINE M. CHESNEY
28                                                UNITED STATES DISTRICT JUDGE

- 2 -

ROPERS MAJESKI
A Professional Corporation
Menlo Park